UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>Randall Dale Stewart (xxx-xx-3624)<br>24655 Regal Place<br>Harrison Township, MI 48045<br><br>                                    Debtor | Case No: 10-50907<br><br>Chapter 11<br><br>Hon. Steven W. Rhodes |

### STIPULATION FOR CONFIRMATION OF CHAPTER 11 PLAN

      The parties listed below stipulate to entry of the Order Confirming Plan attached as Exhibit A. The parties State of Michigan; United States; BAC Home Loans Servicing L.P. with respect to the property located at 30522 Hayes Road, Roseville, MI; J.P. Morgan Chase Bank, National Association with respect to the Debtor's principal residence at 24655 Regal Place, Harrison Township, MI; and BAC Home Loans Servicing L.P. f/k/a Countrywide Home Loans Servicing Relative to the Real Property Located at 10201 Park Row Court, Orlando, FL withdraw their objections to Confirmation of the Debtor's Plan in this Case. Furthermore, parties BAC Home Loans Servicing L.P. with respect to the property located at 30522 Hayes Road, Roseville, MI; J.P. Morgan Chase Bank, National Association with respect to the Debtor's principal residence at 24655 Regal Place, Harrison Township, MI; and BAC Home Loans Servicing L.P. f/k/a Countrywide Home Loans Servicing Relative to the Real Property Located at 10201 Park Row Court, Orlando, FL change their votes to be in favor of Confirmation of the Debtor's Plan in this Case.

*/s/ Michael A. Greiner*
Michael A. Greiner (P-68241)
Financial Law Group, P.C.
Attorneys for Debtor
29405 Hoover
Warren, MI 48093
586-693-2000
mike@financiallawgroup.com

*/s/ John P. Kapitan by email consent*
John P. Kapitan (P-61901)
Trott & Trott, P.C.
Attorney for BAC Home Loans Servicing L.P. with respect to the property located at 30522 Hayes Road, Roseville, MI; and J.P. Morgan Chase Bank, National Association with respect to the Debtor's principal residence at 24655 Regal Place, Harrison Township, MI
31440 Northwestern Hwy, Ste 200
Farmington Hills, MI 48334
248-723-5067
easternECF@trottlaw.com

*/s/ Heather M. Dickow by email consent*
Heather M. Dickow, Esq. (P-64757)
Heather McGivern, Esq. (P-59393)
Elizabeth Abood-Carroll Esq. (P-46304)
Orlans Associates P.C.
Attorneys for BAC Home Loans Servicing L.P. f/k/a Countrywide Home Loans Servicing Relative to the Real Property Located at 10201 Park Row Court, Orlando, FL
PO Box 5041
Troy, MI 48007
248-502-1408
Hdickow@orlans.com

*/s/ Juandisha Harris by email consent*
Juandisha Harris (P-62978)
Assistant Attorney General
Revenue and Collections Division
3030 West Grand Blvd, Suite 10-200
Detroit, MI 48202
313-456-0140
Harrisj12@michigan.gov

*/s/ Rebecca M. Clark by email consent*
Rebecca M. Clark (P-64653)
Special Assistant U.S. Attorney
477 Michigan Ave., Suite 1870, Stop 31
Detroit, MI 48226
313-237-6417
Rebecca.M.Clark@irscounsel.treas.gov

Dated: November 21, 2010

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: ) | |
| Randall Dale Stewart (xxx-xx-3624) ) | Case No: 10-50907 |
| 24655 Regal Place ) | |
| Harrison Township, MI  48045 ) | Chapter 11 |
| Debtor ) | |
| ) | Hon. Steven W. Rhodes |
| ) | |

## STIPULATED ORDER CONFIRMING PLAN

Pursuant to the stipulation of the parties, and this Court having held a Confirmation Hearing on the Above matter, Debtor's proposed Chapter 11 plan for reorganization is CONFIRMED with the following changes/additional provisions:

1. Provision 3.6 on page 5 of the plan is hereby stricken and will not apply.

2. Debtor shall repay the arrearage owed to Creditor J.P. Morgan Chase Bank, National Association with respect to the Debtor's principal residence at 24655 Regal Place, Harrison Township, MI in the amount of $60,337.84 in equal monthly payments over 60 months from Confirmation of this Plan with no interest.  If the debt is not paid according to the terms of the Confirmed Plan, mortgage, and note, then no relief from stay and co-debtor stay will be required for BAC Home Loans Servicing L.P. to pursue all of its state remedies as to the mortgage, note and collateral if Debtor defaults.

3. The mortgage with BAC Home Loans Servicing L.P. with respect to the property located at 30522 Hayes Road, Roseville, MI shall be crammed down to the value of the real property ($118,888), and this amount shall be amortized over 30 years at 6% annual interest (fixed rate) with the remaining balance of the debt becoming due and owing 60 months after Confirmation of this Plan.  If the debt is not paid

in full at the end of the 60 months, then no relief from stay and co-debtor stay will be required for BAC Home Loans Servicing L.P. to pursue all of its state remedies as to the mortgage, note and collateral if Debtor defaults on this obligation. Any remaining balance of this debt shall be treated as unsecured. Debtor shall sign all paperwork necessary for the Bank to memorialize a modification if necessary.

4. Debtor shall be responsible for paying all taxes and insurance on the property located at 30522 Hayes Road, Roseville, MI on or before the due date of such taxes or insurance, and no relief from stay and co-debtor stay will be required for BAC Home Loans Servicing L.P. to pursue all of its state remedies as to the mortgage, note and collateral if Debtor defaults on this obligation.

5. In addition to paragraph 4 above, Debtor shall pay BAC Home Loans Servicing L.P. $10,346.18 in respect to tax advances it already made on the property located at 30522 Hayes Road, Roseville, MI in equal monthly installments over 12 months from the effective date of the Plan with no interest.

6. The mortgage with BAC Home Loans Servicing L.P. with respect to the property located at 10201 Park Row Court, Orlando, FL shall be crammed down to the value of the real property ($215,000), an amount that shall be amortized over 30 years with 6% annual interest. Any remaining balance of this debt shall be treated as unsecured.

7. Debtor shall repay the escrow advances made by BAC Home Loans Servicing L.P. with respect to the property located at 10201 Park Row Court, Orlando, FL in

the amount of $21,845.57 in equal monthly payments over 60 months from Confirmation of this Plan with no interest.

8. Debtor shall be responsible for paying directly all taxes and insurance relative to the property located at 10201 Park Row Court, Orlando, FL and BAC Home Loans Servicing L.P. with respect to the property located at 10201 Park Row Court, Orlando, FL.

9. The Priority Claims (including the Secured Claims) of the IRS and the State of Michigan shall be paid 100% plus interest on their claims. They shall be paid in equal monthly installments over a period ending no later than February 18, 2014 (60 months after the petition filing date).

10. The effective date of the Plan shall be the Confirmation hearing date – November 22, 2010. This Plan shall run for 60 months from that date.

11. The Internal Revenue Service shall be paid its priority claim in equal monthly payments to be paid in full by March 31, 2015.

12. The State of Michigan shall be paid its priority claim in equal monthly payments to be paid in full by March 31, 2015.

13. Debtor shall file his 2009 individual tax return, and any other past due tax returns owed to the State of Michigan or the Internal Revenue Service within 60 days of Confirmation of this Plan.

14. Upon failure of the Debtor to make any payment due on any priority claim of the Internal Revenue Service which is not cured within 30 days of the mailing of a written notice of default by the Service, the Service may exercise all rights and remedies applicable under non-bankruptcy law for the collection of its entire

claim and/or seek appropriate relief from this Court. In the event of conversion of this case to a Chapter 7 proceeding, all property of the debtor; debtor-in-possession, or reorganized debtor, which will re-vest upon confirmation of the plan of reorganization and all of debtor's after acquired property shall be property of the Chapter 7 Estate.

15. The State of Michigan shall be entitled to statutory interest on its claim – 4.25%.
16. Debtor shall pay quarter fees to the U.S. Trustee pursuant to 28 USC §1930(a) until this case has been closed, dismissed, or converted to chapter 7.

**Exhibit A**